IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM S. HILL, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:13cv-032-WHA |
| OCWEN LOAN SERVICING, LLC, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. #40), filed on this day, it is hereby

ORDERED that this case is DISMISSED with prejudice, costs taxed as paid.

DONE this 26th day of February, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE